**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**HOANG TRAN** **CIVIL ACTION**

**VERSUS** **NO. 26-318-JWD-SDJ**

**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**

# ORDER

Having considered the parties *Joint Motion to Dismiss* and for good cause shown,

**IT IS ORDERED** that the motion is **GRANTED** and Petitioner's Habeas Petition is hereby DISMISSED.

Baton Rouge, Louisiana, this 8th day of September, 2026.

**HONORABLE JOHN W. DEGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**